IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Weaver, Hazel

Printed: 11/27/07

Case Number: 04 B 05109
Judge: Hollis, Pamela S
Filed: 2/11/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: November 2, 2007
Confirmed: April 5, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 22,092.00 |  |
| Secured: |  | 527.81 |
| Unsecured: |  | 18,716.87 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,200.00 |
| Trustee Fee: |  | 1,155.56 |
| Other Funds: |  | 491.76 |
| Totals: | 22,092.00 | 22,092.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Moulton & Associates | Administrative | 1,200.00 | 1,200.00 |
| 2. | Morgan Stanley Dean Witter Credit Corp | Secured | 0.00 | 0.00 |
| 3. | Morgan Stanley Dean Witter Credit Corp | Secured | 527.81 | 527.81 |
| 4. | ECast Settlement Corp | Unsecured | 335.23 | 335.23 |
| 5. | Portfolio Recovery Associates | Unsecured | 1,070.76 | 1,070.76 |
| 6. | ECast Settlement Corp | Unsecured | 844.37 | 844.37 |
| 7. | Collins Financial Services Inc | Unsecured | 2,483.61 | 2,483.61 |
| 8. | RoundUp Funding LLC | Unsecured | 6,770.28 | 6,770.28 |
| 9. | Portfolio Recovery Associates | Unsecured | 1,834.25 | 1,834.25 |
| 10. | ECast Settlement Corp | Unsecured | 1,083.29 | 1,083.29 |
| 11. | Card Processing Center | Unsecured | 4,295.08 | 4,295.08 |
| 12. | Sears Roebuck & Co | Unsecured |  | No Claim Filed |
| 13. | Capital One | Unsecured |  | No Claim Filed |
| 14. | Wal Mart Stores | Unsecured |  | No Claim Filed |
| 15. | Capital One | Unsecured |  | No Claim Filed |
| 16. | Capital One | Unsecured |  | No Claim Filed |
| 17. | The Avenue | Unsecured |  | No Claim Filed |
| 18. | Lane Bryant | Unsecured |  | No Claim Filed |
| 19. | Roaman's | Unsecured |  | No Claim Filed |
| 20. | Capital One | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 20,444.68 | $ 20,444.68 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 7% | 107.24 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Weaver, Hazel

Printed: 11/27/07

Case Number: 04 B 05109
Judge: Hollis, Pamela S
Filed: 2/11/04

|      |         |
| ---- | ------- |
| 4%   | 40.61   |
| 6.5% | 329.54  |
| 3%   | 30.83   |
| 5.5% | 253.93  |
| 5%   | 77.55   |
| 4.8% | 147.62  |
| 5.4% | 168.24  |
|      | _____ |
|      | $ 1,155.56 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_